THELMA M. BURNS et al., Respondents, v. CITY OF OLEAN, Appellant, et al., Defendant.— Order affirmed, without costs of this appeal to any party. All concur, Piper, J., not voting. (Appeal from an order denying a motion by defendant city for a severance and for separate trial of causes of action in certain paragraphs in the answer of defendant Olean Community Baseball, Inc.) Present — McCurn, P. J., Vaughan, Kimball, Piper, and Van Duser, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN J. WRIGHT, JR., Appellant.— Order affirmed. All concur, Piper, J., not voting. (Appeal from an order dismissing a writ of *coram nobis.*) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.

■

CHARLES P. TERESI, Respondent, v. MICHAEL J. FOLEY, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur, Piper, J., not voting. (Appeal from part of an order denying defendant's motion for change of venue in an action for breach of an alleged contract.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

GEORGE J. KAUFMAN et al., Respondents, v. WILLIAM J. KAUFMAN et al., Appellants.— Order insofar as appealed from reversed, with $10 costs and disbursements, and that part of the motion with reference to paragraph 4 of the order is hereby denied, upon the ground that the testimony sought is not necessary and material to the prosecution of the action. All concur, Piper, J., not voting. (Appeal from part of an order granting plaintiffs' motion for discovery and examination before trial in an action to recover commissions.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

CROUSE IRVING HOSPITAL, Respondent, v. CITY OF SYRACUSE et al., Appellants. — Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 394.]

■

In the Matter of JANE RZEPECKA, Appellant. DAVID JADD et al., Respondents. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See *ante,* p. 867.]

■

JOSEPH MCKENZIE, Appellant, v. LAWRENCE POSTHUMUS, Respondent.— Appeal dismissed, without costs upon stipulation.

■

ANTHONY CARUSO, Respondent, v. ELIA CARUSO, Appellant.— Appeal dismissed, without costs upon stipulation.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM PRINCE, Appellant.— Motion granted and appeal dismissed.